JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL NICHOLAS, | **Case No. CV 12-04872 AHM (SHx)** |
| Plaintiff, | Honorable A. Howard Matz |
| vs. | **ORDER** |
| CONSECO LIFE INSURANCE COMPANY, | CLASS ACTION |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Certify a Nationwide Class for Settlement Purposes, Appoint Plaintiff as Class Representative, Appoint Lead Counsel for the Class, Direct an Issuance of a Notice to the Class, Approve a Preliminary Class Wide Settlement, Issue a Preliminary Injunction and Schedule a Final Fairness Hearing is withdrawn; and
2. the action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 6, 2013

Honorable A. Howard Matz
United States District Judge